**ORDERED.**

Dated: January 10, 2022

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourt.gov**

| | |
|---|---|
| **In re:** | **CASE NO.  6:20-bk-07051-KSJ** |
| | **Chapter 7** |

**CARLOS MELENDEZ,**

        Debtor.
_____/

**CARLOS MELENDEZ, JR and**
**CHRISTINA MELENDEZ ,**          Adv. No. 6:21-ap-0072-KSJ

        **Plaintiffs,**

**v.**

**CARLOS MELENDEZ,**

        **Defendant.**
_____/

**ORDER GRANTING AGREED MOTION TO SUBSTITUTE PARTY**

THIS CAUSE came before the Court on December 13, 2021 on the Agreed Motion to Substitute Party [Doc. No. 17].  Upon consideration of the Motion, the agreement of the parties and being otherwise fully apprised of the premises, it is

O3517781.v1

2

ORDERED:

1. The Agreed Motion to Substitute Party [Doc. No. 17] is Granted.

2. The Estate of Carlos Melendez shall be substituted in place of Carlos Melendez as a Defendant in this action.

3. The Pretrial Conference is continued to January 13, 2022 at 9:30 a.m.

**Submitted by:**
Denise Dell-Powell, Esq.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801
ddpowell@deanmead.com

Denise Dell-Powell is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.